## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Central Pension Fund of the International Union of
Operating Engineers and Participating Employers, et al.

                                  Plaintiff,

v.                                                    Case No.:
                                                         1:18−cv−03306

                                                         Honorable Manish S.
                                                         Shah

Spartan Contractors Incorporated

                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [10], this case is dismissed without prejudice. No appearance on 10/3/18 is necessary. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.